**Entered on Docket**
**July 05, 2005**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Eric C. Kitchen, Esq., State Bar No. 66438
610 State Street, Suite B-3
Santa Barbara, CA 93101
Telephone (805) 966-5101
Facsimile (805) 966-5103

Attorneys for Forrest Wayne Catlett

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 02-054152 MM |
| DIGITAL REFLECTION, INC., (A Nevada Corporation) | **The Honorable Marilyn Morgan** |
| Debtor. | Chapter 7<br>Adversary Proceeding No.: 04-5546 |
| FORREST WAYNE CATLETT | **ORDER FOR DISMISSAL UPON REQUEST FOR DISMISSAL BY PLAINTIFF FORREST WAYNE CATLETT** |
| Plaintiff, | |
| V. | |
| ROBERT P. SCHIRO, SR., TRUSTEE OF THE ROBERT P. SCHIRO TRUST; JOSEPH KAFKA, ANTHONY THOMAS, ELI JOHN THOMAS, ELI F. THOMAS, FRANCES THOMAS, DOROTHY THOMAS, JIM STUMP, JIM THOMAS, ELY F. THOMAS, MICHELLE THOMAS, CHRIS THOMAS, GREG P. TABISH, FRANK TABISH, ANTHONY MCCARTHY, JOHN McCARTHY, PAT McCARTHY, ANTHONY J. & LEE ANN McCARTHY TRUST, SUZZANE DECKER, TRUSTEE | |
| Defendants | |

Case: 04-05546   Doc# 32   Filed: 07/01/05   Entered: 07/05/05 11:10:37   Page 1 of 2

1    IT IS HEREBY ORDERED that plaintiff's Amended Complaint with respect to SUZZANE

2  DECKER, TRUSTEE for Digital Reflection, Inc. is hereby dismissed.

3

4

5  Date: _July 1_____ 2005          _Marilyn Morgan_

6                                       The Honorable Marilyn Morgan

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  ORDERFORDISMISSAL 05-18-05.doc

27

28

ORDER FOR DISMISSAL UPON REQUEST FOR DISMISSAL BY PLAINTIFF FORREST WAYNE CATLETT